UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 29 1999

JAMES W. McCORMACK, CLERK
By: _DBeard_
DEP CLERK

John H. Bynum
_____
_____
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. _PB-C-99-57_
(Case number to be supplied by the assignment clerk)

McElroy Metal
Monarch Metal Buildings, I.
Steve Miller
(Name of defendant or defendants)

This case assigned to District Judge _Howard_
and to Magistrate Judge _Cavaneau_

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5 (g).

2. Plaintiff, __John Bynum__, is a
                  (name of plaintiff)
citizen of the United States and resides at _106 Rutherford Place_,
                                              (street address)
_Pine Bluff_, _Jefferson_, _Arkansas_, _71601_,
 (city)       (county)     (state)      (ZIP)
_(870) 536-5719_.
 (telephone)

3. Defendant, _McElroy Metal, Monarch Metal Buildings, Steve Miller_, lives
               (name of defendant)
at, or its business is located at _P.O. Box 1148; 518 Grinder Field Ladd Rd_
                                   _9620 Middle Warren Rd_
                                   (street address)
_Caddo (Parish), Jefferson_   _Louisiana; Arkansas_;  _71163-1148; 71601_
_Shreveport; Pine Bluff; Pine Bluff_  _Jefferson_   _Arkansas_           _71603_.
(city)                         (county)         (state)                (ZIP)

2

4. Plaintiff sought employment from the defendant or was employed by the defendant at __518 Grider Field Ladd Rd.__ (street address), __Pine Bluff__ (city), __Jefferson__ (county), __Arkansas__ (state), __71601__ (ZIP).

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about __1__ (day) __January__ (month) __1999__ (year).

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __13th__ (day) __January__ (month) __1999__ (year).

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on __22nd__ (day) __January__ (month) __1999__ (year) a copy of which notice is attached to this complaint.

8. Because of plaintiff's (1) __✓__ race, (2) ____ color, (3) ____ sex, (4) __✓__ religion, (5) ____ national origin, defendant:

    (a) ____ failed to employ plaintiff.
    (b) __✓__ terminated plaintiff's employment.
    (c) ____ failed to promote plaintiff.
    (d) __✓__ use retaliation for reporting the in-mate incident to the Dept. of Correction and for filing previous charges with the EEOC.

9. The circumstances under which the defendant discriminated against plaintiff were as follows: On 1/8/99, a white inmate threaten me on the job. I reported it to the plant manager. The plant manager only talked to the inmate, and after leaving the manager's office the inmate told another worker he was going to jump me while my back was turned. I reported this to the Dept. of Corrections the same day (Fri). On 1/11/99 I was terminated for reporting the incident. The inmate is still employed there. I also believe that I was terminated because I had filed a previous charge with EEOC, under Title III of the Civil Rights Act of 1964. Charge number: 251990091.

10. The acts set forth in paragraph 9 of this complaint:

    (a) _____ are still being committed by defendant.

    (b) _____ are no longer being committed by defendant.

    (c) ✓ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) _____ Defendant be directed to re-employ plaintiff, and

    (c) _____ Defendant be directed to promote plaintiff, and

    (d) ✓ Defendant be directed to pay plaintiff 2.5 Millions and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_John D. Bynum_
SIGNATURE OF PLAINTIFF

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 251990412 |

_____ State or local Agency, if any _____ and EEOC

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. John H. Bynum

**HOME TELEPHONE** (Include Area Code)
(870) 536-5719

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
106 Rutherford Place, Pine Bluff, AR 71601

**DATE OF BIRTH**
03/22/1957

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**
Monarch Metal Buildings, Inc.

**NUMBER OF EMPLOYEES, MEMBERS**
Cat A (15-100)

**TELEPHONE** (Include Area Code)

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
518 Grider Field Ladd Road, Pine Bluff, AR 71601

**COUNTY** 069

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST — LATEST
01/11/1999
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I was employed on 03/10/98, as a welder. I filed EEOC charge number 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, on 10/23/98. On 01/08/99, I was threaten on the job by a White In-mate. I reported this to the Plant Manager. The Plant Manager talked to the In-mate. After leaving the Plant Manager's office, the In-mate told another worker that he was going to jump me while my back was turned. I reported this to the Arkansas Department of Corrections. On 01/11/99, I was terminated.

The reason given was that I impersonated a supervisor.

I believe that I was terminated because of my race, Black, religion, and in retaliation for filing a previou charge in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED JAN 13 1999

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 1-13-99    /s/ John Bynum
Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Rev. 06/92)

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

**To:** John H. Bynum
106 Rutherford Place
Pine Bluff, AR 71601

**From:** E.E.O.C
Little Rock Area Office
425 W Capitol Suite 625
Little Rock AR 72201

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL ( 29 C.F.R. 1601.7(a) )*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 251990412 | McKinzie Riley, Inv. | (501) 324-5060 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.
[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.
[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.
[ ] We cannot investigate your charge because it was not filed within the time limit required by law.
[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.
[ ] While reasonable efforts were made to locate you, we were not able to do so.
[ ] You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.
[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.
[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.
[ ] Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

_____
Kay Klugh, Director

January 21, 1999
*(Date)*

Enclosure(s)

cc: Mr. Steve Miller, Plant Manager
Monarch Metal Buildings, Inc.
518 Grider Field Ladd Road
Pine Bluff, AR 71601

EEOC FORM 161 (Rev 01/97)

**RESPONDENT REP COPY**